UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOE SOLIS GARCIA, ET AL. <br><br> Plaintiff(s), <br><br> v. <br><br> MARIO BANA, ET AL. <br><br> Defendant(s). <br> _____/ | No. C- 11-02047 LB (EDL) <br><br> ORDER VACATING SETTLEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

The parties to this matter are advised the Settlement Conference is being reassigned to another Magistrate Judge, at random, and therefore it is hereby ORDERED that the Settlement Conference set for May 23, 2012 is VACATED.

Dated: March 1, 2012

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge