UNITED STATES DISTRICT COURT

Northern District of California

San Francisco

| | |
|---|---|
| NOE SOLIS GARCIA, et al., | No. C 11-02047 LB |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SHORTEN TIME FOR HEARING PLAINTIFFS' MOTIONS TO CONSOLIDATE AND FOR A PROTECTIVE ORDER** |
| v. | |
| MARIO BANA, et al., | |
| Defendants. | [ECF No. 39] |

In this action, there are three substantive motions currently pending before the court: (1) Defendants' motion for a sanction of dismissal (ECF No. 31); (2) Plaintiffs' motion to consolidate this action with another one (*Poor v. Bana, et al.*, No. C12-02206 LB) (ECF No. 37); and (3) Plaintiffs' motion for a protective order (ECF No. 38). Defendants' motion is set to be heard on June 7, 2012, while Plaintiffs' motions are set to be heard on June 21, 2012.

Because the matters underlying the three substantive motions are related, Plaintiffs filed an administrative motion to move the hearing on their motions from June 21, 2012 to June 7, 2012. Administrative Motion, ECF No. 39.[1] Defendants did not file an opposition.

Good cause appearing, the court GRANTS Plaintiffs' administrative motion. The court will hear

---

[1] Plaintiffs' counsel did not include a proposed order with Plaintiffs' administrative motion. *See* Administrative Motion, ECF No. 39. Failure to include a proposed order with an administrative motion violates this district's civil local rules. *See* N.D. Cal. Civ. L.R. 7-11(a).

C 11-02047
ORDER

Plaintiffs' motions to consolidate and for a protective order along with Defendants' motion for a sanction of dismissal on June 7, 2012. The court also hereby informs Plaintiffs' counsel that his personal appearance at the June 7, 2012 is expected and that no requests for telephonic appearance will be granted.

**IT IS SO ORDERED.**

Dated: May 25, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 11-02047
ORDER
2