UNITED STATES DISTRICT COURT

Northern District of California

San Francisco

| | |
|---|---|
| NOE SOLIS GARCIA, et al.,<br><br>　　　　　Plaintiffs,<br>　　v.<br>MARIO BANA, et al.,<br><br>　　　　　Defendants.<br>_____/ | No. C 11-02047 LB<br><br>**ORDER FOLLOWING JUNE 14, 2012 FURTHER CASE MANAGEMENT CONFERENCE** |

The court's June 9, 2012 order stated, with respect to the case management and discovery deadlines in the case, the following:

> After discussing these issues at the June 7, 2012 hearing, the parties and court agreed upon the following:
>
> 1. Mr. Garcia's deposition shall take place on June 20, 2012 at the office of Defendants' counsel (as noticed).
>
> 2. The parties shall meet and confer about the logistical issues involved with taking Ms. Santana's deposition and shall file a joint discovery letter brief (of no more than 5 pages) by June 14, 2012 that sets forth their positions and proposed compromise(s).
>
> 3. The parties shall meet and confer by June 14, 2012 about scheduling the depositions of the three non-party witnesses mentioned in Plaintiffs' initial disclosures. In any event, these depositions shall take place no later than July 10, 2012.

The parties shall also appear at a Further Case Management Conference on June 14, 2012 at 10:30 a.m. to discuss the above. Should the parties file a joint discovery letter brief and establish a schedule for taking the depositions of the three non-party witnesses before June 14, 2012, they shall promptly notify the court of this, and the June 14, 2012 Further Case Management Conference will be vacated.

C 11-02047 LB
ORDER

6/9/2012 Order, ECF No. 46 at 16.  The parties did not submit a joint discovery letter brief; only Defendants submitted anything.  So, the June 14, 2012 Further Case Management Conference was held.  Counsel appeared at it, and they and the court agreed on the following revised and/or new deadlines:

1. Mr. Garcia's deposition shall take place on June 25, 2012 at the office of Defendants' counsel (as noticed).
2. Mr. Poor's deposition shall take place on June 26, 2012 at the office of Defendants' counsel (as noticed).
3. Plaintiffs' may submit by the end of June 15, 2012 a 3-page letter brief regarding both the legal and logistical issues involved with taking Ms. Santana's deposition and his testimony at trial.

**IT IS SO ORDERED.**

Dated: June 14, 2012

_____
LAUREL BEELER
United States Magistrate Judge