UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| NOE SOLIS GARCIA, et al., | No. C 11-02047 LB |
| Plaintiffs, | **ORDER REGARDING CASE MANAGEMENT DATES AND DEADLINES** |
| v. | |
| MARIO BANA, et al., | |
| Defendants. | |
| _____/ | |

On June 9, 2012, the court reset the case management dates and deadlines for this case. 6/9/2012 Order, ECF No. 46 at 17. Both fact and expert discovery is now closed (although defendant Garcia still shall produce discovery pursuant to the court's October 2, 2012 discovery order, see 10/2/2012 Order, ECF No. 61), and the deadline for filing and hearing any dispositive motions has passed. Below are the remaining operative dates:

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
|---|---|
| Pretrial filings due | 10/4/2012 |
| Oppositions, Objections, Exhibits, and Depo Designations due | 10/11/2012 |
| Final Pretrial Conference | 10/24/2012, at 10:30 a.m. |
| Trial | 11/5/2012, at 8:30 a.m. |
| Length of Trial | 2 days |

C 11-02047 LB
ORDER

The parties should have met and conferred regarding their pretrial filings by September 25, 2012, and the court expects their pretrial filings (which are described in the court's October 27, 2011 Case Management and Pretrial Order (Jury), ECF No. 16) to be filed by the October 4, 2012 deadline.

The parties also should note that the pretrial conference is moved from Thursday, October 25, 2012, to Wednesday, October 24, 2012 at 10:30 a.m.

**IT IS SO ORDERED.**

Dated: October 3, 2012

_____
LAUREL BEELER
United States Magistrate Judge